1020

No. 922, Misc. RODRIGUEZ, AKA GILES *v.* JOHNSTON, STATE HOSPITAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 940, Misc. ELDRIDGE *v.* RICHFIELD OIL CORP. C. A. 9th Cir. Certiorari denied. *Lasher B. Gallagher* for petitioner. *Henry F. Walker* for respondent. ▉

No. 644, Misc. ROMANO *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, for respondent. ▉

No. 819, Misc. HAYNES *v.* REDERI A/S ALADDIN ET AL. C. A. 5th Cir. Motion of American Trial Lawyers Association for leave to file brief, as *amicus curiae,* granted. Certiorari denied. *Arthur J. Mandell* for petitioner. *Edward W. Watson* for respondents. *E. D. Vickery* and *Mayo J. Thompson* for Texas Employers' Insurance Association, intervenor below, on the briefs in opposition to the petition and to the motion. *Robert Klonsky* and *Philip F. DiCostanzo* for American Trial Lawyers Association, as *amicus curiae,* in support of the petition.

No. 19. ADDERLEY ET AL. *v.* FLORIDA, *ante,* p. 39;
No. 45. CICHOS *v.* INDIANA, *ante,* p. 76;
No. 89. WALKER *v.* SOUTHERN RAILWAY Co., *ante,* p. 196; and
No. 179. ATLAS SCRAPER & ENGINEERING Co. *v.* PURSCHE, *ante,* p. 846. Petitions for rehearing denied.